RECEIVED
IN CLERK'S OFFICE

JUL 5 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WANGARI MUTA MAATHAI,
PLAINTIFF

CASE NO. 3:12mc48

V.

BARACK HUSSEIN OBAMA,
DEFENDANT

UNDER 42 USC 1983 &
FEDERAL WHISTLEBLOWER ACT

COMES NOW, The plaintiff, in pro-se, moves this honorable court to issue an order for the defendant President Barack Hussein Obama to respond. This suit is brought under 42 usc 1983 & under the federal whistleblowing act. Plaintiff seeks $ 25, 000,000 million dollars in punitive damages and for Barack Obama to step down as president, with a full govt. investigation with impeachment for lying to the Us citizens.

## FACTS

The fact is president Barack Obama was born in Kenya. He was born in the local hospital in Nakuru which is located in the rift valley providence. Barack Obama is Maasai in his ethnicity. I will testify to this and take a polygraph.
The Constitution places certain restrictions on those who may be eligible to the Office of the President of the United States. These eligibility requirements can be found in Article two, Section one, Paragraph five of the constitution, which reads as follows:
*"No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

Naturalization Acts starting with the American Naturalization Act of 1790 and following naturalization acts such as those of 1855 have recognized that those "...born outside of the borders or beyond the control of the United States,...,to a US citizen shall be considered as a natural born Citizen of the United States."

Following the literal translation of the language of the Constitution and the following naturalization acts, you do not have to have been born in the United States. However, you do have to have been born to at least one parent who holds citizenship with the USA
President Barack Obama is committing treason on the American people.

## RELIEF

Plaintiff seeks $ 25,000,000 million dollars in damages under the federal whistleblowing act. Plaintiff prays for relief.

Respectfully, *[signature]* 7/1/2012

Wangari Muta Maathai
2249 R Street NW
Washington, DC 20008