UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
IN CLERK'S OFFICE
AUG 1 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
SUITE 800, 801 BROADWAY
NASHVILLE, TN. 37203

3:12 mc 48    DE 2    S

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

3:12-MC-48 DE 2
Wangari Muta Maathai
2249 R Street NW
Washington, DC 20008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Harris_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Asute to                          07/16/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 3500 0003 2359 0838

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540